**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL, et. al., | CASE NO. 5:13-cv-03817 EJD |
| Plaintiff(s), | **ORDER TO SHOW CAUSE RE: SANCTIONS** |
| v. | |
| CITY OF MILPITAS, et. al., | |
| Defendant(s). | |

On January 7, 2014, this court issued a Case Management Order requiring the parties, on or before January 17, 2014, to meet and confer on the issue of alternative dispute resolution and file one of two documents: either (1) the form entitled "Stipulation and (Proposed) Order Selecting ADR Process" if an agreement is reached, or (2) the form entitled "Notice of Need for ADR Phone Conference." See Docket Item No. 12. However, as of the time this Order to Show Cause was filed, the parties have not complied as required, nor have the parties sought an to extension of the deadline imposed by the court. Such non-compliance constitutes a violation of the court's order.

Accordingly, the parties are ordered to appear before the Honorable Edward J. Davila on **January 28, 2014, at 1:30 p.m.** in Courtroom No. 4, 5th Floor, United States District Court, 280 S. First Street, San Jose, California, 95113, to show cause why the court should not impose any and all appropriate sanctions, including monetary sanctions or dismissal of this action, on the parties, or any of them, for willful disobedience of a court order.

1

CASE NO. 5:13-cv-03817 EJD
ORDER TO SHOW CAUSE RE: SANCTIONS

1    The parties may request that this Order to Show Cause be vacated and the parties relieved of
2 the obligation to appear if one of the two documents referenced above is filed on or before **12:00**
3 **p.m. on January 24, 2014.**
4 **IT IS SO ORDERED.**

6 Dated:  January 22, 2014



EDWARD J. DAVILA
United States District Judge

CASE NO. 5:13-cv-03817 EJD
ORDER TO SHOW CAUSE RE: SANCTIONS

2