IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL, et. al., | CASE NO. 5:13-cv-03817 EJD |
| Plaintiff(s), | **ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |
| v. | |
| CITY OF MILPITAS, et. al., | |
| Defendant(s). | |

Pursuant to ADR Local Rule 7-2, the above-entitled case is referred to Magistrate Judge Paul S. Grewal for a settlement conference to occur no later than 90 days from the date this order is filed. Counsel are advised to contact Judge Grewal's chambers to arrange a date and time for the conference.

**IT IS SO ORDERED.**

Dated: February 12, 2014

EDWARD J. DAVILA
United States District Judge