IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL, et. al., | CASE NO. 5:13-cv-03817 EJD |
| Plaintiff(s), | **ORDER RE: MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER** |
| v. | |
| CITY OF MILPITAS, et. al., | |
| Defendant(s). | |

Pursuant to Civil Local Rule 72-2, Defendants shall file written opposition to Plaintiffs' Motion for Relief from Non-Dispositive Pretrial Order (Docket Item No. 59), if any, on or before **September 19, 2014.** The opposition brief shall not exceed ten (10) pages in length. No reply brief shall be filed or considered. The Motion will then be deemed submitted for decision and the court will issue an order based on the pleadings.

**IT IS SO ORDERED.**

Dated: September 11, 2014

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:13-cv-03817 EJD
ORDER RE: MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER