# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF MILPITAS, et al.,<br><br>    Defendants. | Case No. 13-cv-03817-BLF<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE; AND SETTING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This case has been reassigned to the Honorable Beth Labson Freeman for all further proceedings.

A Case Management Conference is hereby set for November 6, 2014, at 1:30 p.m. The Case Management Conference will be held in Courtroom 3 on the 5th Floor of the United States Courthouse, 280 South First Street, San Jose, California, 95113. On or before October 30, 2014, the parties shall file a Joint Case Management Statement in accordance with the Standing Order for All Judges of the Northern District of California.

The parties' cross-motions for summary judgment are set for hearing on January 8, 2015, at 9:00 a.m. The parties are directed to read and comply with this Court's Standing Order Re Civil Cases, and in particular the requirements for filing a Separate Statement and a Responsive Separate Statement in conjunction with the motions for summary judgment.

**IT IS SO ORDERED.**

Dated: September 24, 2014

_____
**BETH LABSON FREEMAN**
UNITED STATES DISTRICT JUDGE