1   G. WHITNEY LEIGH (SBN 153457)
    LEE A. HEPNER (SBN 281522)
2   GONZALEZ & LEIGH LLP
    744 Montgomery Street, Fifth Floor
3   San Francisco, CA  94111
    Telephone:  415-912-5950
4   Facsimile:  415-912-5951

5
    Attorneys for Plaintiffs
6   SHANNON CAMPBELL
    and SHERISA ANDERSEN
7

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE DIVISION

12

13  SHANNON CAMPBELL AND SHERISA          Case No. CV13-03817-BLF
    ANDERSEN, individually,
14                                        **STIPULATED REQUEST FOR
                   Plaintiff,             CONTINUANCE OF CASE
15                                        MANAGEMENT CONFERENCE AND
                                          [PROPOSED] ORDER**
16        v.

17  CITY OF MILPITAS, MILPITAS POLICE
    OFFICER G. LEE, MILPITAS POLICE
18  OFFICER G. SOLIS, MILPITAS POLICE
    OFFICER R. GORDON and DOES 1-20, in
19  their individual and official capacities, Jointly
    and Severally,
20
                   Defendants.
21

22

23

24

25

26

27

28

1    WHEREAS, on September 24, 2014, the Court issued an Order reassigning this case to

2  the Honorable Beth Labson Freeman, following the recusal of the Honorable Edward J. Davila;

3    WHEREAS, on September 24, 2014, this Court set a Case Management Conference for

4  November 6, 2014 at 1:30 p.m.;

5    WHEREAS, Plaintiffs' counsel has a previously-scheduled conflicting hearing on

6  November 6, 2014 at 1:30 p.m. in a separate matter - *Campbell v. Feld Entertainment, Inc et al*,

7  USDC Northern Dist. CA, Case No. 5:12-cv-04233-LHK;

8    WHEREAS, Defendants in this matter have agreed to stipulate to this request for a

9  continuance of the case management conference in this matter;

10    WHEREAS, Plaintiffs and Defendants are available on November 20, 2014 and

11  December 11, 2014 for a case management conference in this matter;

12    The parties now stipulate to this request for a continuance of the case management

13  conference to either November 20, 2014 or December 11, 2014, or to a date and time more

14  convenient to this Court.

15    **IT IS SO STIPULATED**

16  Dated:  November 3, 2014                    Respectfully submitted,

17                                              GONZALEZ & LEIGH LLP

18

19                                              By:  _/s/ G. Whitney Leigh_____
                                                    G. Whitney Leigh
20                                                  Attorneys for Plaintiffs
                                                    SHANNON CAMPBELL
21                                                  and SHERISA ANDERSEN

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2         IT IS SO ORDERED. The Case Management Conference set for November 6, 2014 at

3    1:30p.m. is hereby vacated and reset for _____ at _____.

4

5    Dated:_____          _____

6                                            Honorable Beth Labson Freeman
                                             UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATED REQUEST TO CONTINUE CMC AND [PROPOSED] ORDER**
**Case No. CV13-03817-BLF**