# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

SHANNON CAMPBELL, et al.,

    Plaintiffs,

v.

CITY OF MILPITAS, et al.,

    Defendants.

Case No. 13-cv-03817-BLF

**ORDER SETTING PRETRIAL AND TRIAL DATES**

The Final Pretrial Conference in this matter is set for May 21, 2015 at 2:30 p.m.

Trial is set for June 8, 2015 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: December 19, 2014

_____
BETH LABSON FREEMAN
United States District Judge