UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF MILPITAS, et al.,<br><br>    Defendants. | Case No.  13-cv-03817-BLF<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER; AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>[RE: ECF 81] |

Plaintiffs' motion to modify the scheduling order in this case to permit them to depose David Bailey is DENIED WITHOUT PREJUDICE as moot in light of the Court's order resolving the parties' cross-motions for summary judgment. *See* Order of March 25, 2015, ECF 99. Plaintiffs may renew the motion if they believe that Mr. Bailey's deposition testimony would be relevant to the issue remaining for trial, that is, Plaintiffs' damages for the violation of their Fourth Amendment rights.

A Case Management Conference is HEREBY SET on April 16, 2015 at 1:30 p.m.

Dated:  March 25, 2015

BETH LABSON FREEMAN
United States District Judge