UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>CITY OF MILPITAS, et al.,<br><br>        Defendants. | Case No. 13-cv-03817-BLF<br><br>**CASE MANAGEMENT ORDER** |

On April 16, 2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Final Pretrial Conference | N/A |
| Trial | 07/27/2015 at 9:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the Parties may file up to 5 Motions in Limine per side, with a 5 page limit on each motion.

IT IS FURTHER ORDERED THAT the Parties are to file a single set of jury instructions for the courts review.

IT IS FURTHER ORDERED THAT the Bailey Deposition is to be completed no later than May 29, 2015 and is limited to 2 hours.

IT IS FURTHER ORDERED THAT all other dates previously set remain unchanged.

Dated:  April 16, 2015

_____
BETH LABSON FREEMAN
United States District Judge