# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>CITY OF MILPITAS, et al.,<br><br>   Defendants. | Case No.  13-cv-03817-BLF<br><br>**ORDER STRIKING INDIVIDUAL SETS OF PROPOSED JURY INSTRUCTIONS AND SETTING DEADLINE FOR SUBMISSION OF JOINT SET OF PROPOSED JURY INSTRUCTIONS** |

The parties have failed to comply with the Court's Standing Order Re Final Pretrial Conference – Jury Trial ("Standing Order") in submitting materials in preparation for the Final Pretrial Conference set on May 21, 2015.  Specifically, the Standing Order requires that "[t]he parties shall submit a *joint* set of proposed jury instructions, arranged in logical sequence." Standing Order § C.5.c.i.  The joint set of proposed instructions is to indicate whether each instruction is disputed or undisputed and, with respect to a disputed instruction, is to present all proposed versions of the instruction together in the logical place for the instruction in the overall sequence.  *Id.* § C.5.c.iii.  The parties have not complied with these requirements and instead have submitted separate sets of proposed jury instructions.

The Court hereby STRIKES both sets of proposed jury instructions.  The parties shall file a *joint* set of proposed jury instructions that complies in all respects with the Court's Standing Order on or before Tuesday, May 19, 2015 at 5:00 p.m.

**IT IS SO ORDERED.**

Dated:  May 15, 2015

                       /s/ Beth Labson Freeman
                       BETH LABSON FREEMAN
                       United States District Judge