# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MILPITAS, et al., <br><br> Defendants. | Case No. 13-cv-03817-BLF <br><br> **ORDER CONTINUING FINAL PRETRIAL CONFERENCE** |

The Final Pretrial Conference set for December 21, 2015 is HEREBY CONTINUED to January 5, 2016 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: December 16, 2015

_____
BETH LABSON FREEMAN
United States District Judge