# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF MILPITAS, et al.,<br><br>　　　　　Defendants. | Case No.  13-cv-03817-BLF<br><br>**ORDER SETTING DEADLINE FOR NOTICE OF DISMISSAL OR STATUS UPDATE** |

More than one month ago, on the eve of trial, the parties filed a Notice of Settlement and Request to Vacate Hearing and Trial Dates. The parties have filed nothing since then. On or before February 19, 2016, the parties shall file either a stipulated dismissal or a status update explaining why no dismissal has been filed.

**IT IS SO ORDERED.**

Dated:  February 11, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge