# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

SHANNON CAMPBELL, et al.,

       Plaintiffs,

   v.

CITY OF MILPITAS, et al.,

       Defendants.

Case No. 13-cv-03817-BLF

**ORDER TO SHOW CAUSE RE: DISMISSAL**

On January 7, 2016, Defendants filed a Notice of Settlement, informing the Court that the case had settled and requesting that the Court vacate the Pretrial Conference set for January 8, 2016 and the Trial set for January 11, 2016. The Court vacated the pending dates by Clerk's Notice.

On February 11, 2016, the Court issued an Order Setting Deadline for Notice of Dismissal or Status Update, directing that a dismissal or a status update be filed by February 19, 2016. Defendants filed a Status Report on February 18, 2016, indicating that Defendants had received an executed copy of the Settlement Agreement and Release on January 22, 2016 and had sent the settlement check to Plaintiffs' counsel on January 29, 2016 along with a request that Plaintiffs file a dismissal of the case. Defendants stated that they had attempted to contact Plaintiffs' counsel a number of times in February regarding dismissal of the action, but that Plaintiffs' counsel had not responded.

Plaintiffs are hereby ORDERED TO SHOW CAUSE, in writing and within seven days, why this case should not be dismissed.

**IT IS SO ORDERED.**

Dated: February 19, 2016

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California