**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SHANNON CAMPBELL, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF MILPITAS, et al.,<br><br>    Defendants. | Case No. 13-cv-03817-BLF<br><br>**ORDER OF DISMISSAL** |

On February 19, 2016, this Court issued an Order to Show Cause: Re Dismissal, directing Plaintiffs to show cause, in writing and within seven days, why the case should not be dismissed. That deadline expired on February 26, 2016. Plaintiffs have not filed a response.

The Order to Show Cause indicated that the Court had vacated the January 2016 trial date based upon a Notice of Settlement filed January 7, 2016, and inquired why the case should not be dismissed in light of Defendants' representation in their Status Report filed February 18, 2016 that Defendants had sent the settlement check to Plaintiffs' counsel.

Based upon Defendants' representations regarding settlement of the case and transmission of the settlement check to Plaintiffs' counsel, and absent Plaintiffs' response to the Order to Show Cause, this case is HEREBY DISMISSED.

**IT IS SO ORDERED.**

Dated: February 29, 2016

_____
BETH LABSON FREEMAN
United States District Judge